"O"

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,          ) | Case No. SACR 04-112 AHS |
| Plaintiff,          ) | ORDER OF DETENTION |
| v.          ) | [Fed.R.Crim.P. 32.1(a)(6); 18 U.S.C. §3143(a)] |
| THOMAS ANTHONY JOHNSON,          ) | |
| Defendant.          ) | |

The defendant having been arrested in this judicial district pursuant to a warrant issued by the Honorable Alicemarie H. Stotler, United States District Judge, for an alleged violation of the terms and conditions of the defendant's supervised release; and

The Court having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a),     The Court finds that:

A.   (X)   The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to flee if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the defendant's lack of bail resources, lack of a stable residence, and the nature of the charged offense, which indicates the defendant is unlikely to comply with conditions of release; and

1    B.    (X)    The defendant has not met his burden of establishing by clear and convincing evidence that he is not likely to pose a danger to the safety of any other person or the community if released under 18 U.S.C. § 3142(b) or (c). This finding is based on the nature of the charged offense and defendant's criminal history.

IT THEREFORE IS ORDERED that the defendant be detained pending the further revocation proceedings.

Dated: October 30, 2009

                                              /s/     Arthur Nakazato
                                              ARTHUR NAKAZATO
                                      UNITED STATES MAGISTRATE JUDGE