Sao-0

FILED
CLERK, U.S. DISTRICT COURT

MAR - 5 2014

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION    BY DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

AHS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> Thomas Anthony Johnson <br>     Defendant. | Case No.: 8:04-CR-112 <br><br> ORDER OF DETENTION PENDING FURTHER REVOCATION PROCEEDINGS <br> (FED. R. CRIM. P. 32.1(a)(6); 18 U.S.C. § 3143(a)(1)) |

    The defendant having been arrested in this District pursuant to a warrant issued by the United States District Court for the ___Central___ District of ___California___ for alleged violation(s) of the terms and conditions of probation or supervised release; and

    Having conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a)(1), the Court finds that:

A.  (X)    The defendant has not met his/her burden of establishing by clear and convincing evidence that he/she is not likely to flee if released under 18 U.S.C. § 3142(b) or (c).  This finding is based on the following:

        (X)    information in the Pretrial Services Report and Recommendation

        (X)    information in the violation petition and report(s)

        (X)    the defendant's nonobjection to detention at this time

        (  )    other: _____

1         and/ or

2 B. (X)   The defendant has not met his/her burden of establishing by clear and
3         convincing evidence that he/she is not likely to pose a danger to the
4         safety of any other person or the community if released under 18 U.S.C.
5         § 3142(b) or (c). This finding is based on the following:
6         (X)   information in the Pretrial Services Report and Recommendation
7         (X)   information in the violation petition and report(s)
8         (X)   the defendant's nonobjection to detention at this time
9         ( )   other: _____

11 IT THEREFORE IS ORDERED that the defendant be detained pending the further
12 revocation proceedings.

14 Dated: March 5, 2014                                     _____
15                                                       SHERI PYM
                                                   United States Magistrate Judge